1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON ERICKSON,

11           Petitioner,                    No. CIV S-05-2501 GEB KJM P

12        vs.

13   TERESA SCHWARTZ, Warden, et al.,

14           Respondents.                   ORDER

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

18           The application attacks a conviction issued by the Sonoma County Superior

19   Court.  While both this Court and the United States District Court in the district where petitioner

20   was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973),

21   any and all witnesses and evidence necessary for the resolution of petitioner's application are

22   more readily available in Sonoma County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

23   /////

24   /////

25   /////

26

                                             1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2    matter is transferred to the United States District Court for the Northern District of California.

3    DATED:  December 28, 2005.

4

5

6    _____
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10   1/mp
     eric2501.108

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26